UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Robert Scott Palmer
8:21-mj-1247-T-JSS

| **Date**: March 17, 2021 | **Court Reporter**: **Digital** |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 2:13 PM–2:37 PM | Total: 24 mins. | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Patrick Scruggs, AUSA | Bjorn Brunvand, Retained |
| **Initial Appearance-Rule 5/Bond Hearing/Detention Hearing** ||

Defendant present and provided a copy of the Complaint.

Arrest Date: 3/17/2021

Court summarizes the charges and advises Defendant of Rule 5 rights.

Proceedings conducted pursuant to Rule 5(c)

Preliminary hearing waived.

Identity hearing waived.

Government does not seek detention.

Defendant does not oppose the government's motion for release.

Court sets the following conditions of release: appear in court in accordance with all notices; travel restricted to the Middle District of Florida and District of Columbia, reside at current address and cannot change address without PTS approval; cannot commit crime; report to PTS as directed; no new travel documents, no narcotic drugs unless prescribed by a licensed medical practitioner, submit to mental health evaluation and treatment, continue employment, $25k signature bond, co-signed by Carol Peros, Third party custodian.

Due Process Act Oral Order given.